784552
PHELAN HALLINAN DIAMOND & JONES, PC
400 Fellowship Road, Suite 100
Mt. Laurel, NJ 08054
856-813-5500
Attorneys for Secured Creditor: WELLS FARGO BANK, NA.
UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Order Filed on June 14, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| In Re: | Case No: 16-31404 - KCF |
|---|---|
| SAM BHATIA | Hearing Date: 05/10/2017 |
| | Judge: Kathryn C. Ferguson |

## ORDER RESOLVING OBJECTION TO CONFIRMATION

The order set forth on the following pages, numbered two (2) through three (3) is hereby **ORDERED**.

**DATED: June 14, 2017**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

**NJID 784552**
PHELAN HALLINAN DIAMOND & JONES, PC
400 Fellowship Road, Suite 100
Mt. Laurel, NJ 08054
856-813-5500
<u>Attorneys for WELLS FARGO BANK, NA.</u>

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

IN RE:
    SAM BHATIA

    Debtors

CASE NO. 16-31404 - KCF

CHAPTER 13

ORDER RESOLVING
OBJECTION TO CONFIRMATION

HEARING DATE: 05/10/2017

    This Order pertains to the property located at 849 New Dover Road, Edison, NJ 08820, mortgage account ending with "1224";

    **THIS MATTER** having been brought before the Court by John J Scura, III, Esquire attorney for debtor, SAM BHATIA upon the filing of a Chapter 13 Plan, WELLS FARGO BANK, NA. (hereafter Wells Fargo) by and through its attorneys, Phelan Hallinan Diamond & Jones, PC having filed an Objection to the Confirmation of said Chapter 13 Plan and the parties having subsequently resolved their differences; and the Court noting the consent of the parties to the form, substance and entry of the within Order; and for other and good cause shown:

    **IT IS on the**      **day of**      **, 2017, ORDERED as follows:**

    1.    Wells Fargo has filed a valid, secured Proof of Claim in the amount of **$72,318.23** (claim no. 5).

    2.    The Trustee is authorized not to pay the secured arrearage claim of Wells Fargo in the amount of **$72,318.23** (claim no. 5), so debtor can apply and potentially complete a loan modification. Should the debtor qualify for a loan modification, the loan modification must be approved no later than **June 13, 2017**. Debtor shall continue making adequate protection payments while seeking loan modification and in loss mitigation program.

    3.    If Loan Modification is approved, Wells Fargo shall file an Amended Proof of Claim showing the amount of arrears paid to date by the Trustee.

    4.    If a loan modification is not approved by **June 13, 2017**, the debtors shall do one of the following: 1) file a Modified Plan to cure the arrearage claim of Movant; or 2) file a Modified Plan to surrender the property subject to said claim; or 3) a Notice to Convert to Chapter 7; or 4) a Notice to Dismiss Case.

5. Debtor acknowledges that the monthly post-petition mortgage payment amount is subject to change in accordance with the terms of the note and mortgage. Debtor shall continue making adequate protection payments while seeking loan modification and in loss mitigation program.

6. This Order shall be incorporated in and become a part of any Order Confirming Plan.