| | |
|---|---|
| 784552<br>PHELAN HALLINAN DIAMOND & JONES, PC<br>400 Fellowship Road, Suite 100<br>Mt. Laurel, NJ 08054<br>856-813-5500<br> Attorneys for Secured Creditor: WELLS FARGO BANK, NA.<br>UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)** | **Order Filed on June 14, 2017<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |
| In Re:<br><br>SAM BHATIA | Case No: 16-31404 - KCF<br><br>Hearing Date: 05/10/2017<br><br>Judge:  Kathryn C. Ferguson |

### ORDER RESOLVING OBJECTION TO CONFIRMATION

The order set forth on the following pages, numbered two (2) through three (3) is hereby **ORDERED**.

**DATED: June 14, 2017**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

**NJID 784552**
PHELAN HALLINAN DIAMOND & JONES, PC
400 Fellowship Road, Suite 100
Mt. Laurel, NJ 08054
856-813-5500
Attorneys for WELLS FARGO BANK, NA.

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

IN RE:

    SAM BHATIA

    Debtors

CASE NO. 16-31404 - KCF

CHAPTER 13

ORDER RESOLVING
OBJECTION TO CONFIRMATION

HEARING DATE: 05/10/2017

This Order pertains to the property located at 849 New Dover Road, Edison, NJ 08820, mortgage account ending with "1224";

**THIS MATTER** having been brought before the Court by John J Scura, III, Esquire attorney for debtor, SAM BHATIA upon the filing of a Chapter 13 Plan, WELLS FARGO BANK, NA. (hereafter Wells Fargo) by and through its attorneys, Phelan Hallinan Diamond & Jones, PC having filed an Objection to the Confirmation of said Chapter 13 Plan and the parties having subsequently resolved their differences; and the Court noting the consent of the parties to the form, substance and entry of the within Order; and for other and good cause shown:

    **IT IS on the                     day of                        , 2017, ORDERED as follows:**

    1.    Wells Fargo has filed a valid, secured Proof of Claim in the amount of **$72,318.23** (claim no. 5).

    2.    The Trustee is authorized not to pay the secured arrearage claim of Wells Fargo in the amount of **$72,318.23** (claim no. 5), so debtor can apply and potentially complete a loan modification. Should the debtor qualify for a loan modification, the loan modification must be approved no later than **June 13, 2017**. Debtor shall continue making adequate protection payments while seeking loan modification and in loss mitigation program.

    3.    If Loan Modification is approved, Wells Fargo shall file an Amended Proof of Claim showing the amount of arrears paid to date by the Trustee.

    4.    If a loan modification is not approved by **June 13, 2017**, the debtors shall do one of the following: 1) file a Modified Plan to cure the arrearage claim of Movant; or 2) file a Modified Plan to surrender the property subject to said claim; or 3) a Notice to Convert to Chapter 7; or 4) a Notice to Dismiss Case.

     5.     Debtor acknowledges that the monthly post-petition mortgage payment amount is subject to change in accordance with the terms of the note and mortgage. Debtor shall continue making adequate protection payments while seeking loan modification and in loss mitigation program.

     6.     This Order shall be incorporated in and become a part of any Order Confirming Plan.

United States Bankruptcy Court
District of New Jersey

In re:                                                            Case No. 16-31404-KCF
Sam A Bhatia                                                      Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 1               Date Rcvd: Jun 15, 2017
                              Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 17, 2017.
db             +Sam A Bhatia,   849 New Dover Road,   Edison, NJ 08820-1806

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 17, 2017                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 15, 2017 at the address(es) listed below:
              Albert   Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
              Albert   Russo    docs@russotrustee.com
              Christopher J. Balala    on behalf of Debtor Sam A Bhatia cbalala@scuramealey.com,
               ecfbkfilings@scuramealey.com;dsklar@scuramealey.com;ascolavino@scuramealey.com
              David L. Stevens    on behalf of Debtor Sam A Bhatia dstevens@scuramealey.com,
               cbalala@scuramealey.com;ecfbkfilings@scuramealey.com;dsklar@scuramealey.com;ascolavino@scurameale
               y.com
              Denise E. Carlon    on behalf of Creditor    VW Credit Inc. dba Audi Financial Services
               dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
              John J. Scura, III    on behalf of Debtor Sam A Bhatia jscura@scuramealey.com,
               cbalala@scuramealey.com;ecfbkfilings@scuramealey.com;ascolavino@scuramealey.com;dsklar@scurameale
               y.com
              Michael Frederick Dingerdissen    on behalf of Creditor    Wells Fargo Bank, NA. nj.bkecf@fedphe.com
              Nicholas V. Rogers    on behalf of Creditor    Wells Fargo Bank, NA. nj.bkecf@fedphe.com
                                                                                              TOTAL: 8