UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re: Sam Bhatia

Case No.: 16-31404
Chapter: 13
Judge: KCF

### NOTICE OF PROPOSED COMPROMISE or SETTLEMENT OF CONTROVERSY

_____Sam Bhatia_____, _____Debtor_____, in this case proposes a compromise, or to settle a claim and/or action as described below. If you object to the settlement or compromise, you must file a written objection with the Clerk of the United States Bankruptcy Court, and serve it on the person named below not later 7 days before the hearing date.

Address of the Clerk:
United States Bankruptcy Court
Clarkson S. Fisher US Courthouse
402 East State Street
Trenton, NJ 08608

If an objection is filed, a hearing will be held before the Honorable **Kathryn C. Ferguson** on **07/26/2017** at **9** a.m. at the United States Bankruptcy Court, courtroom no. **2**, **402 East State Street, Trenton, NJ 08608** (hearing to be scheduled for at least 28 days from the date of the filing of the notice). If no objection is filed the clerk will enter a *Certification of No Objection* and the settlement may be completed as proposed.

Nature of action:
Civil Action
Sam Bhatia vs. Mahesh Swali and LaLaan, LLC
Docket No.: MID-C-59-16

Pertinent terms of settlement:
Sale of land located at 170 & 176 Gunning River Road, Barnaget, NJ.

Objections must be served on, and requests for additional information directed to:

Name: Christopher J. Balala, Esq., Scura, Wigfield, Heyer, Stevens & Cammarota, LLP

Address: 1599 Hamburg Turnpike, Wayne, NJ 07470

Telephone No.: 973-696-8391

*rev.8/1/15*

```
                         United States Bankruptcy Court
                             District of New Jersey

In re:                                                          Case No. 16-31404-KCF
Sam A Bhatia                                                    Chapter 13
        Debtor
                           CERTIFICATE OF NOTICE
District/off: 0312-3          User: admin                 Page 1 of 2          Date Rcvd: Jun 22, 2017
                              Form ID: pdf905             Total Noticed: 44


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 24, 2017.
db             +Sam A Bhatia,    849 New Dover Road,    Edison, NJ 08820-1806
aty            +Phelan Hallinan Diamond & Jones, P.C,    400 Fellowship Road,    Suite 100,
                 Mount Laurel, NJ 08054-3437
sp             +Franzblau Dratch,    354 Eisenhower Parkway,    Livingston, NJ 07039-1028
sp             +Franzblau Dratch, PC,    Plaza One,   354 Eisenhower Parkway,    Livingston,   NJ, NJ 07039-1028
cr             +Wells Fargo Bank, NA.,    Phelan Hallinan & Schmieg, PC,    400 Fellowship Road,   Suite 100,
                 Mt. Laurel, NJ 08054-3437
lm             +Wells Fargo Home Mortgage,    PO Box 10335,    Des Moines, IA 50306-0335
516489846      +AJB Associates, LLC,    849 New Dover Road,    Edison, NJ 08820-1806
516675779       American Express Bank, FSB,    c/o Becket and Lee LLP,    PO Box 3001,   Malvern PA 19355-0701
516548804       American Express Centurion Bank,    c/o Becket and Lee LLP,    PO Box 3001,
                 Malvern PA 19355-0701
516489847      +Amex,   Po Box 297871,    Fort Lauderdale, FL 33329-7871
516489848      +Amex,   P.o. Box 981537,    El Paso, TX 79998-1537
516489849      +Bank of America,    NC-001-07-06,   101 North Tryon Street,    Charlotte, NC 28255-0001
516489850      +Barclays Bank Delaware,    Po Box 8803,   Wilmington, DE 19899-8803
516489851       Business Card,    PO Box 15796,   Wilmington, DE 19886-5796
516489852       Cach Llc,    Pob 5980,   Denver, CO 80127
516489853      +Capital One,    PO Box 30285,   Salt Lake City, UT 84130-0285
516489854      +Chase Card,    Po Box 15298,   Wilmington, DE 19850-5298
516489856      +Chhaya Bhatia,    134 West Gate Drive,    Edison, NJ 08820-1157
516489857      +Citi,   Pob 6241,   Sioux Falls, SD 57117-6241
516489858      +Firstsource Advantage,    205 Bryant Woods South,    Amherst, NY 14228-3609
516489861      +Itria Ventures, LLC,    20 West 22nd Street, No. 706,    New York, NY 10010-5857
516489862      +Law Offices Of Edward Weissman,    60 East 42nd Street., Ste. 557,    New York, NY 10165-0557
516489864      +Lyons & Associates, PC,    Hamon Building,    76 East Main Street,   Somerville, NJ 08876-2312
516489865      +Lyons, Doughty Veldhuis,    136 Gaither Drive, Ste. 100,    Mount Laurel, NJ 08054-2239
516489866      +New Jersey Division of Taxation,    50 Barrack Street 9th Floor,    P.O. Box 245,
                 Trenton, NJ 08602-0245
516489869      +PNC Bank,    2730 Liberty Avenue,   Pittsburgh, PA 15222-4747
516489868      +Phelan, Hallinan, Diamond & Jones, LLP,    400 Fellowship Road, ste. 100,
                 Mount Laurel, NJ 08054-3437
516521576      +VW Credit, Inc.,    PO Box 9013,   Addison, Texas 75001-9013
516596863       WELLS FARGO BANK, N.A.,    Wells Fargo Bank, N.A.,    Default Document Processing,
                 MAC N9286-01Y,    1000 Blue Gentian Road,    Eagan MN 55121-7700
516489873      +Wells Fargo Hm Mortgage,    Po Box 10335,    Des Moines, IA 50306-0335

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jun 22 2017 20:57:02      U.S. Attorney,   970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jun 22 2017 20:57:02      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd., One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
516678086       E-mail/Text: ebn@squaretwofinancial.com Jun 22 2017 20:57:04      CACH, LLC,   PO BOX 5980,
                 DENVER, CO 80217-5980
516489855      +Fax: 602-659-2196 Jun 22 2017 21:14:10      Chex Systems, Inc.,   Attn: Consumer Realtions,
                 7805 Hudson Road, Suite 100,    Woodbury, MN 55125-1703
516489860       E-mail/Text: cio.bncmail@irs.gov Jun 22 2017 20:57:00      Internal Revenue Service,
                 PO Box 7346,    Centralized Insolvency Unit,    Philadelphia, PA 19101-7346
516653873       E-mail/PDF: resurgentbknotifications@resurgent.com Jun 22 2017 20:52:36
                 LVNV Funding, LLC its successors and assigns as,     assignee of Citibank, N.A.,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
516489863      +E-mail/Text: bk@lendingclub.com Jun 22 2017 20:57:04      Lending Club Corp,
                 71 Stevenson St Ste 300,    San Francisco, CA 94105-2985
516489867      +E-mail/Text: bankruptcy@ondeck.com Jun 22 2017 20:57:06      OnDeck Capital,
                 901 N. Stuart St., Ste. 700,    Arlington, VA 22203-4129
516702957       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 22 2017 20:58:45
                 Portfolio Recovery Associates, LLC,    c/o Visa Black Card,    POB 41067,   Norfolk VA 23541
516489870      +E-mail/Text: bankruptcy@prosper.com Jun 22 2017 20:57:04      Prosper Marketplace In,
                 101 2nd St Fl 15,    San Francisco, CA 94105-3672
516581256       E-mail/Text: bnc-quantum@quantum3group.com Jun 22 2017 20:57:01
                 Quantum3 Group LLC as agent for,    Velocity Investments LLC,    PO Box 788,
                 Kirkland, WA 98083-0788
516489871      +E-mail/Text: ebn_bkrt_forms@salliemae.com Jun 22 2017 20:57:05      Sallie Mae,   Po Box 3229,
                 Wilmington, DE 19804-0229
516601080      +E-mail/Text: ebn_bkrt_forms@salliemae.com Jun 22 2017 20:57:05      Sallie Mae,   P.O. Box 3319,
                 Wilmington, DE 19804-4319
516489872      +E-mail/Text: vci.bkcy@vwcredit.com Jun 22 2017 20:57:03      Vw Credit Inc,   2333 Waukeegan Rd,
                 Deerfield, IL 60015-5508
                                                                                              TOTAL: 14
```

```
District/off: 0312-3          User: admin              Page 2 of 2            Date Rcvd: Jun 22, 2017
                              Form ID: pdf905          Total Noticed: 44

            ***** BYPASSED RECIPIENTS (continued) *****

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516489859      ##FMS Inc.,    PO Box 707601,    Tulsa, OK 74170-7601
                                                                                        TOTALS: 0, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 24, 2017                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 22, 2017 at the address(es) listed below:
          Albert    Russo    on behalf of Trustee Albert    Russo docs@russotrustee.com
          Albert    Russo    docs@russotrustee.com
          Christopher J. Balala    on behalf of Debtor Sam A Bhatia cbalala@scuramealey.com,
           ecfbkfilings@scuramealey.com;dsklar@scuramealey.com;ascolavino@scuramealey.com
          David L. Stevens    on behalf of Debtor Sam A Bhatia dstevens@scuramealey.com,
           cbalala@scuramealey.com;ecfbkfilings@scuramealey.com;dsklar@scuramealey.com;ascolavino@scurameale
           y.com
          Denise E. Carlon    on behalf of Creditor    VW Credit Inc. dba Audi Financial Services
           dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
          John J. Scura, III     on behalf of Debtor Sam A Bhatia jscura@scuramealey.com,
           cbalala@scuramealey.com;ecfbkfilings@scuramealey.com;ascolavino@scuramealey.com;dsklar@scurameale
           y.com
          Michael Frederick Dingerdissen     on behalf of Creditor     Wells Fargo Bank, NA. nj.bkecf@fedphe.com
          Nicholas V. Rogers     on behalf of Creditor    Wells Fargo Bank, NA. nj.bkecf@fedphe.com
                                                                                             TOTAL: 8
```