UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

SCURA, WIGFIELD, HEYER & STEVENS, LLP
1599 Hamburg Turnpike
Wayne, New Jersey 07470
Tel.: 973-696-8391
John J. Scura III (Attorney ID 022771993)
Counsel to Debtor

Order Filed on June 23, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Sam A. Bhatia.

Case No.:    16-31404

Chapter:    13

Judge:    KCF

# AMENDED ORDER RESPECTING REQUEST FOR EXTENSION OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD

The relief set forth on the following page is hereby **ORDERED**.

**DATED: June 23, 2017**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on _____10/15/2015_____ :

Property:    849 New Dover Road, Edison, NJ 08820

Creditor:    Wells Fargo Home Mortgage

and a Request for

- ☑ Extension of the 90 day Loss Mitigation Period having been filed by _____Debtor_____, and for good cause shown

- ☐ Early Termination of the Loss Mitigation Period having been filed by _____, and for good cause shown

It is hereby ORDERED that,

The Loss Mitigation Period is extended up to and including _____07/14/2017_____ .

The Loss Mitigation Period is terminated, effective _____ .

*Revised 9/19/13*

2

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 16-31404-KCF
Sam A Bhatia                                                            Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin               Page 1 of 1              Date Rcvd: Jun 23, 2017
                              Form ID: pdf903           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 25, 2017.
db             +Sam A Bhatia,    849 New Dover Road,    Edison, NJ 08820-1806

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

    ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 25, 2017                                     Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 23, 2017 at the address(es) listed below:
    Albert   Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
    Albert   Russo    docs@russotrustee.com
    Christopher J. Balala    on behalf of Debtor Sam A Bhatia cbalala@scuramealey.com,
     ecfbkfilings@scuramealey.com;dsklar@scuramealey.com;ascolavino@scuramealey.com
    David L. Stevens    on behalf of Debtor Sam A Bhatia dstevens@scuramealey.com,
     cbalala@scuramealey.com;ecfbkfilings@scuramealey.com;dsklar@scuramealey.com;ascolavino@scuramealey.com
    Denise E. Carlon    on behalf of Creditor   VW Credit Inc. dba Audi Financial Services
     dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
    John J. Scura, III    on behalf of Debtor Sam A Bhatia jscura@scuramealey.com,
     cbalala@scuramealey.com;ecfbkfilings@scuramealey.com;ascolavino@scuramealey.com;dsklar@scuramealey.com
    Michael Frederick Dingerdissen    on behalf of Creditor    Wells Fargo Bank, NA. nj.bkecf@fedphe.com
    Nicholas V. Rogers    on behalf of Creditor    Wells Fargo Bank, NA. nj.bkecf@fedphe.com
                                                                                                     TOTAL: 8