|  |  |
|---|---|
| 784552<br>PHELAN HALLINAN DIAMOND & JONES, PC<br>400 Fellowship Road, Suite 100<br>Mt. Laurel, NJ 08054<br>856-813-5500<br> Attorneys for Secured Creditor: WELLS FARGO BANK, NA.<br>UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)** | **Order Filed on July 21, 2017**<br>**by Clerk**<br>**U.S. Bankruptcy Court**<br>**District of New Jersey** |
| In Re:<br><br>SAM BHATIA | Case No: 16-31404 - KCF<br><br>Hearing Date: 06/14/2017<br><br>Judge:  Kathryn C. Ferguson |

### ORDER RESOLVING APPLICATION TO TERMINATE LOSS MITIGATION PROGRAM

The order set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**.

**DATED: July 21, 2017**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

**NJID 784552**
PHELAN HALLINAN DIAMOND & JONES, PC
400 Fellowship Road, Suite 100
Mt. Laurel, NJ 08054
856-813-5500
Attorneys for WELLS FARGO BANK, NA.

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

IN RE:

    SAM BHATIA                 CASE NO. 16-31404 - KCF

                                     CHAPTER 13

  Debtor

                                  ORDER RESOLVING APPLICATION TO
                                  TERMINATE LOSS MITIGATION
                                  PROGRAM

                                  HEARING DATE: 06/14/2017

      This Order pertains to the property located at 849 New Dover Road, Edison, NJ 08820, mortgage account ending with "1224";

**THIS MATTER** having been brought before the Court by WELLS FARGO BANK, NA. by and through its attorneys, Phelan Hallinan Diamond & Jones, PC upon the filing of an APPLICATION TO EXTEND OR TERMINATE LOSS MITIGATION, substance and entry of the within Order; and for other and good cause shown:

      IT IS on the _____ day of _____, 2017, ORDERED as follows:

      1.      Debtor has until July 14, 2017 to provide requested documents to WELLS FARGO BANK, N.A. for review. If said documents are not provided to WELLS FARGO BANK, N.A. by July 14, 2017, the loss mitigation program is terminated.

United States Bankruptcy Court
District of New Jersey

In re:  
Sam A Bhatia  
    Debtor

Case No. 16-31404-KCF  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Jul 21, 2017  
                   Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 23, 2017.  
db           +Sam A Bhatia,    849 New Dover Road,    Edison, NJ 08820-1806

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                       TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 23, 2017                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 21, 2017 at the address(es) listed below:  
         Albert   Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com  
         Albert   Russo    docs@russotrustee.com  
         Christopher J. Balala    on behalf of Debtor Sam A Bhatia cbalala@scuramealey.com,  
          ecfbkfilings@scuramealey.com;dsklar@scuramealey.com;ascolavino@scuramealey.com  
         David L. Stevens    on behalf of Debtor Sam A Bhatia dstevens@scuramealey.com,  
          cbalala@scuramealey.com;ecfbkfilings@scuramealey.com;dsklar@scuramealey.com;ascolavino@scurameale  
          y.com  
         Denise E. Carlon    on behalf of Creditor    VW Credit Inc. dba Audi Financial Services  
          dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com  
         John J. Scura, III    on behalf of Debtor Sam A Bhatia jscura@scuramealey.com,  
          cbalala@scuramealey.com;ecfbkfilings@scuramealey.com;ascolavino@scuramealey.com;dsklar@scurameale  
          y.com  
         Michael Frederick Dingerdissen    on behalf of Creditor    Wells Fargo Bank, NA. nj.bkecf@fedphe.com  
         Nicholas V. Rogers    on behalf of Creditor    Wells Fargo Bank, NA. nj.bkecf@fedphe.com  
                                                                                                              TOTAL: 8