UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Scura, Wigfield, Heyer,
Stevens & Cammarota, LLP
1599 Hamburg Turnpike
Wayne, New Jersey 07470
Tel.: (973) 696-8391
Fax: (973) 696-8571
Attorneys for Debtor

Order Filed on August 8, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Sam A. Bhatia

Case No.: _____16-31404_____

Chapter: 13

Judge: _____KCF_____

## REVISED ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: August 8, 2017**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that  Scura, Wigfield, Heyer, Stevens & Cammarota, LLP , the applicant, is allowed a fee of $ _____12,499.23_____ for services rendered and expenses in the amount of $_____0.00_____ for a total of $_____12,499.23_____ .  The allowance is payable:

☒  $6,249.62 of the aprroved fee through the Chapter 13 plan as an administrative priority.

☒  $6,249.61 of the approved fee to be paid outside the plan.

The debtor's monthly plan is modified to require a payment of $_____n/a_____ per month for _____n/a_____ months to allow for payment of the above fee.

*rev.8/1/15*