UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-2(c)
**SCURA, WIGFIELD, HEYER,
STEVENS & CAMMAROTA, LLP**
1599 Hamburg Turnpike
Wayne, New Jersey 07470
Telephone: 973-696-8391
Christopher J. Balala (Attorney ID 030732010)
Counsel for Debtor

Order Filed on August 11, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

**SAM A BHATIA**,

        Debtor.

Case No.: 16-31404

Chapter 13

Judge: Honorable Kathryn C. Ferguson
Hearing Date and Time:
July 26, 2017 @ 9:00 a.m.

## **REVISED ORDER APPROVING SETTLEMENT PURSUANT TO FED. R. BANKR. P. 9019**

    The relief set forth on the following page, numbered two, is hereby **ORDERED**.

**DATED: August 11, 2017**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

(Page 2)
Debtor: Sam A Bhatia
Case No.: 16-31404-KCF
Caption of Order: ORDER APPROVING SETTLEMENT PURSUANT TO FED. R. BANKR. P. 9019

UPON the motion of Sam A Bhatia, by and through his counsel, Scura, Wigfield, Heyer, Stevens & Cammarota, LLP, seeking entry of an order approving the settlement between Sam Bhatia and Mahesh Swali and LaLaan, LLC pursuant to Fed. R. Bankr. P. 9019 (the "Motion"); and the Court having considered the moving papers, the objection thereto, if any, and the arguments of counsel, if any; and the Court having determined that the relief requested in the Application is in the best interest of the Debtor and his estate; and good and sufficient notice of the Motion having been provided to all parties in interest as set forth in the Certification of Service filed with the Court; and good and sufficient cause having been shown,

It is hereby **ORDERED** as follows:

1. The Motion is hereby granted in its entirety.

2. Pursuant to Fed. R. Bankr. P. 9019, the Consent Order/Stipulation of Settlement, annexed to the Debtor's Motion and the transactions represented thereby be and are hereby approved in all respects.

3. The parties to the release are hereby authorized and directed to enter into and execute any and all other documents necessary to effectuate the Settlement Agreement.

4. This Court shall retain jurisdiction of this matter for the purpose of enforcing this Order or to take such other action as the Court deems necessary, consistent with the Settlement Agreement.

5. Once the value of the land is determined, a separate motion will be filed to approve the Debtor's 50% interest. The Chapter 13 Trustee reserves the right to any non-exempt interest in same.

6. The Debtor's interest will be held in his attorney's trust account pending the outcome of this separate motion.