| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in Compliance with D.N.J. LBR 9004-2(c)<br>**SCURA, WIGFIELD, HEYER,**<br>**STEVENS & CAMMAROTA, LLP**<br>1599 Hamburg Turnpike<br>Wayne, New Jersey 07470<br>Telephone: 973-696-8391<br>Christopher J. Balala (Attorney ID 030732010)<br>Counsel for Debtor | **Order Filed on August 11, 2017**<br>**by Clerk**<br>**U.S. Bankruptcy Court**<br>**District of New Jersey** |
| In Re:<br><br>**SAM A BHATIA**,<br><br>           Debtor. | Case No.: 16-31404<br><br>Chapter 13<br><br>Judge: Honorable Kathryn C. Ferguson<br>Hearing Date and Time:<br>July 26, 2017 @ 9:00 a.m. |

**REVISED ORDER APPROVING SETTLEMENT PURSUANT TO FED. R. BANKR. P. 9019**

    The relief set forth on the following page, numbered two, is hereby **ORDERED**.

**DATED: August 11, 2017**

_/s/ Kathryn C. Ferguson_
Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

(Page 2)
Debtor: Sam A Bhatia
Case No.: 16-31404-KCF
Caption of Order: ORDER APPROVING SETTLEMENT PURSUANT TO FED. R. BANKR. P. 9019

UPON the motion of Sam A Bhatia, by and through his counsel, Scura, Wigfield, Heyer, Stevens & Cammarota, LLP, seeking entry of an order approving the settlement between Sam Bhatia and Mahesh Swali and LaLaan, LLC pursuant to Fed. R. Bankr. P. 9019 (the "Motion"); and the Court having considered the moving papers, the objection thereto, if any, and the arguments of counsel, if any; and the Court having determined that the relief requested in the Application is in the best interest of the Debtor and his estate; and good and sufficient notice of the Motion having been provided to all parties in interest as set forth in the Certification of Service filed with the Court; and good and sufficient cause having been shown,

It is hereby **ORDERED** as follows:

1. The Motion is hereby granted in its entirety.

2. Pursuant to Fed. R. Bankr. P. 9019, the Consent Order/Stipulation of Settlement, annexed to the Debtor's Motion and the transactions represented thereby be and are hereby approved in all respects.

3. The parties to the release are hereby authorized and directed to enter into and execute any and all other documents necessary to effectuate the Settlement Agreement.

4. This Court shall retain jurisdiction of this matter for the purpose of enforcing this Order or to take such other action as the Court deems necessary, consistent with the Settlement Agreement.

5. Once the value of the land is determined, a separate motion will be filed to approve the Debtor's 50% interest. The Chapter 13 Trustee reserves the right to any non-exempt interest in same.

6. The Debtor's interest will be held in his attorney's trust account pending the outcome of this separate motion.

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 16-31404-KCF
Sam A Bhatia                                                              Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3    User: admin    Page 1 of 1    Date Rcvd: Aug 11, 2017
                Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 13, 2017.
db            +Sam A Bhatia,    849 New Dover Road,    Edison, NJ 08820-1806

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                             TOTAL: 0

      ***** BYPASSED RECIPIENTS *****
NONE.                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 13, 2017                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 11, 2017 at the address(es) listed below:
      Albert   Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
      Albert   Russo    docs@russotrustee.com
      Christopher J. Balala    on behalf of Debtor Sam A Bhatia cbalala@scuramealey.com,
       ecfbkfilings@scuramealey.com;dsklar@scuramealey.com;ascolavino@scuramealey.com
      David L. Stevens    on behalf of Debtor Sam A Bhatia dstevens@scuramealey.com,
       cbalala@scuramealey.com;ecfbkfilings@scuramealey.com;dsklar@scuramealey.com;ascolavino@scurameale
       y.com
      Denise E. Carlon    on behalf of Creditor    VW Credit Inc. dba Audi Financial Services
       dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
      John J. Scura, III    on behalf of Debtor Sam A Bhatia jscura@scuramealey.com,
       cbalala@scuramealey.com;ecfbkfilings@scuramealey.com;ascolavino@scuramealey.com;dsklar@scurameale
       y.com
      Michael Frederick Dingerdissen    on behalf of Creditor    Wells Fargo Bank, NA. nj.bkecf@fedphe.com
      Nicholas V. Rogers    on behalf of Creditor    Wells Fargo Bank, NA. nj.bkecf@fedphe.com
                                                                                                                              TOTAL: 8