UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-1(b)

Denise Carlon, Esquire
KML Law Group, P.C.
216 Haddon Avenue, Suite 406
Westmont, NJ 08108
Main Phone: 609-250-0700
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
VW Credit Inc. dba Audi Financial Services

In Re:
    Sam A Bhatia

Debtors.

**Order Filed on August 16, 2017**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

Case No.: <u>16-31404 KCF</u>

Adv. No.:

Hearing Date: 5/24/2017 @9:00am

Judge: <u>Kathryn C. Ferguson</u>

### ORDER CURING POST-PETITION ARREARS & RESOLVING MOTION FOR RELIEF FROM STAY

    The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED.**

**DATED: August 16, 2017**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

**(Page 2)**
Debtor:  Sam A Bhatia
Case No:  16-31404 KCF
Caption of Order:  ORDER CURING POST-PETITION ARREARS AND RESOLVING MOTION FOR RELIEF FROM STAY
_____

  This matter having been brought before the Court by KML Law Group, P.C., attorneys for Secured Creditor, VW Credit Inc. dba Audi Financial Services, Denise Carlon appearing, upon a motion to vacate the automatic stay as to a 2014 Audi A4, VIN: WAUFFAFL5EN005167, and it appearing that notice of said motion was properly served upon all parties concerned, and this Court having considered the representations of attorneys for Secured Creditor and Christopher J. Balala, Esquire, attorney for Debtors, and for good cause having been shown

  It is **ORDERED, ADJUDGED and DECREED** that as of May 24, 2017, Debtors are due for the installments due January 2017 through April 2017 for a total default of $1,434.92 (4 x $704.82 less suspense $679.54); and

  It is further **ORDERED, ADJUDGED and DECREED** that the balance of the arrears in the amount of $2,139.74  will be paid by Debtors, in addition to the regular installment payment, remitting $356.62 per month for five  months and $356.64 for one month which additional payments shall begin on May 30, 2017 until the post-petition arrears are cured; and

  It is further **ORDERED, ADJUDGED and DECREED** that regular installment payments are to resume May 30, 2017, directly to Secured Creditor outside of the plan; and

  It is further **ORDERED, ADJUDGED and DECREED** that for the Duration of Debtors' Chapter 13 bankruptcy proceeding, if any of the regular monthly installment payments are not made within thirty (30) days of the date said payment is due, Secured Creditor may obtain an Order Vacating Automatic Stay as to Property by submitting a Certification of Default to the Court indicating such payment is more than thirty days late, and Debtors shall have fourteen days to respond; and

  It is further **ORDERED, ADJUDGED and DECREED** that a copy of any such application, supporting certification, and proposed Order must be served on the Trustee, Debtors, and Debtors' counsel at the time of submission to the Court; and

  It is further **ORDERED, ADJUDGED and DECREED** that Secured Creditor is hereby awarded reimbursement of fees and costs in the sum of $350.00 for attorneys' fees and $181.00 for filing fees, totaling $531.00, which is to be paid through Debtors' Chapter 13 plan; and

  It is further **ORDERED, ADJUDGED and DECREED** that Secured Creditor's Motion for Relief is hereby resolved.

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 16-31404-KCF
Sam A Bhatia                                                          Chapter 13
       Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3        User: admin           Page 1 of 1        Date Rcvd: Aug 16, 2017
                            Form ID: pdf903       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 18, 2017.
db           +Sam A Bhatia,   849 New Dover Road,   Edison, NJ 08820-1806

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                        TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 18, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 16, 2017 at the address(es) listed below:
              Albert   Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
              Albert   Russo    docs@russotrustee.com
              Christopher J. Balala    on behalf of Debtor Sam A Bhatia cbalala@scuramealey.com,
               ecfbkfilings@scuramealey.com;dsklar@scuramealey.com;ascolavino@scuramealey.com
              David L. Stevens    on behalf of Debtor Sam A Bhatia dstevens@scuramealey.com,
               cbalala@scuramealey.com;ecfbkfilings@scuramealey.com;dsklar@scuramealey.com;ascolavino@scurameale
               y.com
              Denise E. Carlon    on behalf of Creditor    VW Credit Inc. dba Audi Financial Services
               dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
              John J. Scura, III    on behalf of Debtor Sam A Bhatia jscura@scuramealey.com,
               cbalala@scuramealey.com;ecfbkfilings@scuramealey.com;ascolavino@scuramealey.com;dsklar@scurameale
               y.com
              Michael Frederick Dingerdissen    on behalf of Creditor    Wells Fargo Bank, NA. nj.bkecf@fedphe.com
              Nicholas V. Rogers    on behalf of Creditor    Wells Fargo Bank, NA. nj.bkecf@fedphe.com
                                                                                             TOTAL: 8