Form ntchrgbk

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

Case No.: 16−31404−KCF
Chapter: 13
Judge: Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Sam A Bhatia
   849 New Dover Road
   Edison, NJ 08820

Social Security No.:
   xxx−xx−0198

Employer's Tax I.D. No.:

---

**NOTICE OF HEARING**

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 2, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

on 7/11/18 at 09:00 AM

to consider and act upon the following:

*103* − Creditor's Certification of Default (related document:43 Motion for Relief from Stay re: re: 2014 Audi A4, VIN: WAUFFAFL5EN005167. Fee Amount $ 181. filed by Creditor VW Credit Inc. dba Audi Financial Services, 83 Order on Motion For Relief From Stay) filed by Denise E. Carlon on behalf of VW Credit Inc. dba Audi Financial Services. Objection deadline is 06/22/2018. (Attachments: # 1 Proposed Order # 2 Exhibit "A" # 3 Exhibit "B" # 4 Certificate of Service) (Carlon, Denise)

Dated: 6/25/18

                                   Jeanne Naughton
                                   Clerk, U.S. Bankruptcy Court