UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

**SCURA, WIGFIELD, HEYER,
STEVENS & CAMMAROTA, LLP**
1599 Hamburg Turnpike
Wayne, New Jersey 07470
Telephone: 973-696-8391
David L. Stevens (Attorney ID 034422007)
dtevens@scura.com
Counsel for Debtor

Order Filed on July 13, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Sam Bhatia,

             Debtor.

Chapter 13

Case NO. 16-31404

Hon. Kathryn C. Ferguson

**ORDER AUTHORIZING THE DEBTOR TO ENTER INTO A LOAN
MODIFICATION AGREEMENT**

    The relief set forth on the following page, numbered two (2) through three (3), is hereby

**ORDERED**.

**DATED: July 13, 2018**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

Debtors: Sam Bhatia,
Case No.: 16-31404 (KCF)
Caption of Order: **Order Authorizing Debtor to Enter Into Loan Modification Agreement**

Page 2 of 2

    THIS MATTER, having been brought to the Court on the Motion of the Debtor Sam Bhatia (the "Debtor"), by and through his counsel, Scura, Wigfield, Heyer, Stevens & Cammarota, LLP, seeking an Order authorizing the Debtor to enter into the Loan Modification Agreement with the Secured Creditor, Wells Fargo Bank, NA ("Wells Fargo"), concerning the mortgage loan encumbering the Debtor's property located at 849 New Dover Road, Edison, New Jersey 08820 (the "Motion"); and the Court having considered the certification of counsel filed in support of the Motion (the "Certification") with its exhibit and the arguments of counsel; and due notice having been given; and for good cause shown:

    **IT IS ORDERED** that Wells Fargo, and the Debtor are hereby authorized to enter into a loan modification.