UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

**SCURA, WIGFIELD, HEYER,
STEVENS & CAMMAROTA, LLP**
1599 Hamburg Turnpike
Wayne, New Jersey 07470
Telephone: 973-696-8391
David L. Stevens (Attorney ID 034422007)
dtevens@scura.com
Counsel for Debtor

**Order Filed on July 13, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

Sam Bhatia,

　　　　　　　　Debtor.

Chapter 13

Case NO. 16-31404

Hon. Kathryn C. Ferguson

### ORDER AUTHORIZING THE DEBTOR TO ENTER INTO A LOAN MODIFICATION AGREEMENT

The relief set forth on the following page, numbered two (2) through three (3), is hereby

**ORDERED**.

**DATED: July 13, 2018**

_/s/ Kathryn C. Ferguson_
Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

Debtors: Sam Bhatia,
Case No.: 16-31404 (KCF)
Caption of Order: **Order Authorizing Debtor to Enter Into Loan Modification Agreement**

Page 2 of 2

THIS MATTER, having been brought to the Court on the Motion of the Debtor Sam Bhatia (the "Debtor"), by and through his counsel, Scura, Wigfield, Heyer, Stevens & Cammarota, LLP, seeking an Order authorizing the Debtor to enter into the Loan Modification Agreement with the Secured Creditor, Wells Fargo Bank, NA ("Wells Fargo"), concerning the mortgage loan encumbering the Debtor's property located at 849 New Dover Road, Edison, New Jersey 08820 (the "Motion"); and the Court having considered the certification of counsel filed in support of the Motion (the "Certification") with its exhibit and the arguments of counsel; and due notice having been given; and for good cause shown:

**IT IS ORDERED** that Wells Fargo, and the Debtor are hereby authorized to enter into a loan modification.

```
                            United States Bankruptcy Court
                                  District of New Jersey
```

```
In re:                                                              Case No. 16-31404-KCF
Sam A Bhatia                                                        Chapter 13
        Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0312-3          User: admin               Page 1 of 1             Date Rcvd: Jul 13, 2018
                              Form ID: pdf903           Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 15, 2018.
db             +Sam A Bhatia,    849 New Dover Road,    Edison, NJ 08820-1806

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                   TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 15, 2018                              Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 13, 2018 at the address(es) listed below:
              Albert   Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
              Albert   Russo    docs@russotrustee.com
              Andrew L. Spivack    on behalf of Creditor    Wells Fargo Bank, NA. nj.bkecf@fedphe.com
              David L. Stevens    on behalf of Debtor Sam A Bhatia dstevens@scurameley.com,
               ecfbkfilings@scurameley.com;dsklar@scurameley.com;ascolavino@scurameley.com;tscialla@scuramealey.com
              Denise E. Carlon    on behalf of Creditor    VW Credit Inc. dba Audi Financial Services
               dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
              John J. Scura, III    on behalf of Debtor Sam A Bhatia jscura@scurameley.com,
               ecfbkfilings@scurameley.com;ascolavino@scurameley.com;dsklar@scurameley.com;tscialla@scuramealey.com;jscura@scura.com
              Nicholas V. Rogers    on behalf of Creditor    Wells Fargo Bank, NA. nj.bkecf@fedphe.com
                                                                                             TOTAL: 7