| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| Albert Russo<br>CN 4853<br>Trenton, New Jersey 08650<br>(609) 587-6888<br>STANDING CHAPTER 13 TRUSTEE | Case No: 16-31404 KCF |
| In Re:<br>    **SAM A. BHATIA**<br><br>            Debtors | Chapter 13<br><br>Hearing Date: 11/28/18 @ 10:00 AM<br><br>Judge: Kathryn C. Ferguson |

### STANDING CHAPTER 13 TRUSTEE'S OBJECTION TO DEBTOR(S) MODIFIED PLAN

The Standing Chapter 13 Trustee, Albert Russo, objects to the Debtors' Modified Plan for the following reasons:

1. Debtors have failed to provide Proof of Income.

2. Debtors have failed to provide 2017 tax return.

3. Debtors' modified plan is not filed in good faith, pursuant to Sec. 1325 (a) (3).

4. The modified plan does not pay the required threshold dividend to general unsecured creditors as determined by the originally confirmed plan. The equity threshold was determined to be $58,896 per the previously confirmed plan.

5. The debtor does not have enough income to increase the payment to pay creidots absent sale of the Dover Road or vacant lots.

    WHEREFORE, the Standing Chapter 13 Trustee objects to Debtors' Modified Plan.

DATED:    11/21/18              By:  /s/ *Albert Russo*
                                Albert Russo, Standing Chapter 13 Trustee
                                By: Erik D. Collazo, Staff Attorney