Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 16–31404–MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Sam A Bhatia
  849 New Dover Road
  Edison, NJ 08820

Social Security No.:
  xxx–xx–0198

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on December 7, 2018.

On August 23, 2019 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Michael B. Kaplan on:

Date:    September 25, 2019
Time:    10:00 AM
Location:    Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608–1507

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: August 26, 2019
JAN:

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                              Case No. 16-31404-MBK
Sam A Bhatia                                                        Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 2              Date Rcvd: Aug 26, 2019
                              Form ID: 185             Total Noticed: 46

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 28, 2019.
```
db             +Sam A Bhatia,    849 New Dover Road,    Edison, NJ 08820-1806
aty            +Phelan Hallinan Diamond & Jones, P.C,    1617 JFK Boulevard, Suite 1400,
                 Philadelphia, PA 19103-1814
sp             +Franzblau Dratch,    354 Eisenhower Parkway,    Livingston, NJ 07039-1028
sp             +Franzblau Dratch, PC,    Plaza One,    354 Eisenhower Parkway,    Livingston,   NJ, NJ 07039-1028
r              +Re/Max New Beginnings Realty,    509 Main Street,    Toms River,, NJ 08753-7402
cr             +Wells Fargo Bank, NA.,    Phelan Hallinan & Schmieg, PC,    400 Fellowship Road,    Suite 100,
                 Mt. Laurel, NJ 08054-3437
lm             +Wells Fargo Home Mortgage,    PO Box 10335,    Des Moines, IA 50306-0335
516489846      +AJB Associates, LLC,    849 New Dover Road,    Edison, NJ 08820-1806
516675779       American Express Bank, FSB,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
516548804       American Express Centurion Bank,    c/o Becket and Lee LLP,    PO Box 3001,
                 Malvern PA 19355-0701
516489847      +Amex,   Po Box 297871,    Fort Lauderdale, FL 33329-7871
516489848      +Amex,   P.o. Box 981537,    El Paso, TX 79998-1537
516489849      +Bank of America,    NC-001-07-06,    101 North Tryon Street,    Charlotte, NC 28255-0001
516489850      +Barclays Bank Delaware,    Po Box 8803,    Wilmington, DE 19899-8803
516489851       Business Card,    PO Box 15796,    Wilmington, DE 19886-5796
516489852       Cach Llc,    Pob 5980,    Denver, CO 80127
516489854      +Chase Card,    Po Box 15298,    Wilmington, DE 19850-5298
516489856      +Chhaya Bhatia,    134 West Gate Drive,    Edison, NJ 08820-1157
516489857      +Citi,   Pob 6241,    Sioux Falls, SD 57117-6241
516489859       FMS Inc.,    PO Box 707601,    Tulsa, OK 74170-7601
516489858      +Firstsource Advantage,    205 Bryant Woods South,    Amherst, NY 14228-3609
516489861      +Itria Ventures, LLC,    20 West 22nd Street, No. 706,    New York, NY 10010-5857
516489862      +Law Offices Of Edward Weissman,    60 East 42nd Street., Ste. 557,    New York, NY 10165-0557
516489864      +Lyons & Associates, PC,    Hamon Building,    76 East Main Street,    Somerville, NJ 08876-2312
516489865      +Lyons, Doughty Veldhuis,    136 Gaither Drive, Ste. 100,    Mount Laurel, NJ 08054-2239
516489866      +New Jersey Division of Taxation,    50 Barrack Street 9th Floor,    P.O. Box 245,
                 Trenton, NJ 08602-0245
516489869      +PNC Bank,    2730 Liberty Avenue,    Pittsburgh, PA 15222-4747
516489868      +Phelan, Hallinan, Diamond & Jones, LLP,    400 Fellowship Road, ste. 100,
                 Mount Laurel, NJ 08054-3437
516521576      +VW Credit, Inc.,    PO Box 9013,    Addison, Texas 75001-9013
516596863       WELLS FARGO BANK, N.A.,    Wells Fargo Bank, N.A.,    Default Document Processing,
                 MAC N9286-01Y,    1000 Blue Gentian Road,    Eagan MN 55121-7700
516489873      +Wells Fargo Hm Mortgage,    Po Box 10335,    Des Moines, IA 50306-0335
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Aug 27 2019 00:09:02     U.S. Attorney,   970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 27 2019 00:09:00     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
516678086       E-mail/PDF: resurgentbknotifications@resurgent.com Aug 27 2019 00:17:10     CACH, LLC,
                 PO Box 10587,    Greenville, SC 29603-0587
516489853      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Aug 27 2019 00:18:03     Capital One,
                 PO Box 30285,    Salt Lake City, UT 84130-0285
516489855      +Fax: 602-659-2196 Aug 27 2019 00:30:35      Chex Systems, Inc.,    Attn: Consumer Realtions,
                 7805 Hudson Road, Suite 100,    Woodbury, MN 55125-1703
516489860       E-mail/Text: cio.bncmail@irs.gov Aug 27 2019 00:08:29     Internal Revenue Service,
                 PO Box 7346,    Centralized Insolvency Unit,    Philadelphia, PA 19101-7346
516653873       E-mail/PDF: resurgentbknotifications@resurgent.com Aug 27 2019 00:17:39
                 LVNV Funding, LLC its successors and assigns as,    assignee of Citibank, N.A.,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
516489863      +E-mail/Text: bk@lendingclub.com Aug 27 2019 00:09:22     Lending Club Corp,
                 71 Stevenson St Ste 300,    San Francisco, CA 94105-2985
516489867      +E-mail/Text: bankruptcy@ondeck.com Aug 27 2019 00:09:39     OnDeck Capital,
                 901 N. Stuart St., Ste. 700,    Arlington, VA 22203-4129
516702957       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 27 2019 00:17:03
                 Portfolio Recovery Associates, LLC,    c/o Visa Black Card,    POB 41067,    Norfolk VA 23541
516489870      +E-mail/Text: bankruptcy@prosper.com Aug 27 2019 00:09:23     Prosper Marketplace In,
                 101 2nd St Fl 15,    San Francisco, CA 94105-3672
516581256       E-mail/Text: bnc-quantum@quantum3group.com Aug 27 2019 00:08:54
                 Quantum3 Group LLC as agent for,    Velocity Investments LLC,    PO Box 788,
                 Kirkland, WA  98083-0788
516489871      +E-mail/Text: ebn_bkrt_forms@salliemae.com Aug 27 2019 00:09:28     Sallie Mae,   Po Box 3229,
                 Wilmington, DE 19804-0229
516601080      +E-mail/Text: ebn_bkrt_forms@salliemae.com Aug 27 2019 00:09:27     Sallie Mae,   P.O. Box 3319,
                 Wilmington, DE 19804-4319
516489872      +E-mail/Text: vci.bkcy@vwcredit.com Aug 27 2019 00:09:09     Vw Credit Inc,   2333 Waukeegan Rd,
                 Deerfield, IL 60015-5508
                                                                                              TOTAL: 15
```

```
District/off: 0312-3          User: admin              Page 2 of 2           Date Rcvd: Aug 26, 2019
                              Form ID: 185             Total Noticed: 46
```

```
            ***** BYPASSED RECIPIENTS (continued) *****

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*         +WELLS FARGO BANK, NA.,   Phelan Hallinan & Schmieg, PC,   400 Fellowship Road,   Suite 100,
             Mt. Laurel, NJ 08054-3437
                                                                                     TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 28, 2019                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 26, 2019 at the address(es) listed below:
              Albert   Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
              Albert   Russo    docs@russotrustee.com
              Andrew L. Spivack    on behalf of Creditor    Wells Fargo Bank, NA. nj.bkecf@fedphe.com
              David L. Stevens    on behalf of Debtor Sam A Bhatia dstevens@scuramealey.com,
               ecfbkfilings@scuramealey.com;dsklar@scuramealey.com;mmack@scura.com;lrichard@scura.com;jesposito@
               scuramealey.com
              Denise E. Carlon    on behalf of Creditor    VW Credit Inc. dba Audi Financial Services
               dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
              John J. Scura, III    on behalf of Debtor Sam A Bhatia jscura@scuramealey.com,
               ecfbkfilings@scuramealey.com;dsklar@scuramealey.com;mmack@scura.com;lrichard@scura.com;jesposito@
               scuramealey.com
              Nicholas V. Rogers    on behalf of Creditor    Wells Fargo Bank, NA. nj.bkecf@fedphe.com
              Sherri Jennifer Smith    on behalf of Creditor    WELLS FARGO BANK, NA. nj.bkecf@fedphe.com,
               nj.bkecf@fedphe.com
                                                                                               TOTAL: 8
```