**STATISTICAL INFORMATION ONLY: Debtor must select the number of each of the following items included in the Plan.**
0 Valuation of Security         0 Assumption of Executory Contract or Unexpired Lease         0 Lien Avoidance

Last revised: September 1, 2018

# UNITED STATES BANKRUPTCY COURT
## District of New Jersey

In Re:   Sam A Bhatia

Debtor(s)

Case No.:   16-31404
Judge:      KCF

## CHAPTER 13 PLAN AND MOTIONS

☐ Original
☐ Motions Included

☑ Modified/Notice Required
☐ Modified/No Notice Required

Date:   8/22/2019

THE DEBTOR HAS FILED FOR RELIEF UNDER
CHAPTER 13 OF THE BANKRUPTCY CODE.

**YOUR RIGHTS MAY BE AFFECTED**

You should have received from the court a separate *Notice of the Hearing on Confirmation of Plan*, which contains the date of the confirmation hearing on the Plan proposed by the Debtor. This document is the actual Plan proposed by the Debtor to adjust debts. You should read these papers carefully and discuss them with your attorney. Anyone who wishes to oppose any provision of this Plan or any motion included in it must file a written objection within the time frame stated in the *Notice*. Your rights may be affected by this plan. Your claim may be reduced, modified, or eliminated. This Plan may be confirmed and become binding, and included motions may be granted without further notice or hearing, unless written objection is filed before the deadline stated in the Notice. The Court may confirm this plan, if there are no timely filed objections, without further notice. See Bankruptcy Rule 3015. If this plan includes motions to avoid or modify a lien, the lien avoidance or modification may take place solely within the chapter 13 confirmation process. The plan confirmation order alone will avoid or modify the lien. The debtor need not file a separate motion or adversary proceeding to avoid or modify a lien based on value of the collateral or to reduce the interest rate. An affected lien creditor who wishes to contest said treatment must file a timely objection and appear at the confirmation hearing to prosecute same.

> **The following matters may be of particular importance.** *Debtors must check one box on each line to state whether the plan includes each of the following items. If an item is checked as "Does Not" or if both boxes are checked, the provision will be ineffective if set out later in the plan.*

THIS PLAN:

☐ DOES ☑ DOES NOT CONTAIN NON-STANDARD PROVISIONS. NON-STANDARD PROVISIONS MUST ALSO BE SET FORTH IN PART 10.

☐ DOES ☑ DOES NOT LIMIT THE AMOUNT OF A SECURED CLAIM BASED SOLELY ON VALUE OF COLLATERAL, WHICH MAY RESULT IN A PARTIAL PAYMENT OR NO PAYMENT AT ALL TO THE SECURED CREDITOR. SEE MOTIONS SET FORTH IN PART 7, IF ANY.

1

☐ DOES ☒ DOES NOT AVOID A JUDICIAL LIEN OR NONPOSSESSORY, NONPURCHASE-MONEY SECURITY INTEREST. SEE MOTIONS SET FORTH IN PART 7, IF ANY.

Initial Debtor(s)' Attorney **JJS**    Initial Debtor: **SAB**    Initial Co-Debtor _____

## Part 1: Payment and Length of Plan

a. The debtor shall pay **400.00 Monthly** to the Chapter 13 Trustee, starting on **September 1, 2019** for approximately **27** months.

b. The debtor shall make plan payments to the Trustee from the following sources:
  ☒ Future Earnings
  ☒ Other sources of funding (describe source, amount and date when funds are available):**$13,200.00 already paid into Plan.**

c. Use of real property to satisfy plan obligations:
  ☒ Sale of real property
  Description:**170 & 176 Gunning River Road, Barnaget, NJ**
  Proposed date for completion: **6 months from confirmation**

  ☐ Refinance of real property:
  Description:
  Proposed date for completion:

  ☐ Loan modification with respect to mortgage encumbering property:
  Description:
  Proposed date for completion:

d. ☐ The regular monthly mortgage payment will continue pending the sale, refinance or loan modification.
e. ☐ Other information that may be important relating to the payment and length of plan:

## Part 2: Adequate Protection    ☒ NONE

a. Adequate protection payments will be made in the amount of $____ to be paid to the Chapter 13 Trustee and disbursed pre-confirmation to ____ (creditor).

b. Adequate protection payments will be made in the amount of $____ to be paid directly by the debtor(s) outside the Plan, pre-confirmation to: ____ (creditor).

## Part 3: Priority Claims (Including Administrative Expenses)

a. All allowed priority claims will be paid in full unless the creditor agrees otherwise:

| Creditor | Type of Priority | Amount to be Paid |
|---|---|---|
| **Scura, Wigfield, Heyer, Stevens & Cammarota, LLP** | **Administrative** | **Amount to be determined by further application to the Court** |
| **Chhaya Bhatia** | **Domestic support obligations** | **Current, debtor will continue to pay monthly as agreed** |
| **Internal Revenue Service** | **Taxes and certain other debts** | **13,493.05** |

2

b. Domestic Support Obligations assigned or owed to a governmental unit and paid less than full amount:
Check one:
☑ None
☐ The allowed priority claims listed below are based on a domestic support obligation that has been assigned to or is owed to a governmental unit and will be paid less than the full amount of the claim pursuant to 11 U.S.C.1322(a)(4):

| Creditor | Type of Priority | Claim Amount | Amount to be Paid |
|---|---|---|---|

## Part 4: Secured Claims

a. **Curing Default and Maintaining Payments on Principal Residence:** ☑ **NONE**

The Debtor will pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the debtor shall pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|

b. **Curing and Maintaining Payments on Non-Principal Residence & other loans or rent arrears:** ☑ **NONE**

The Debtor will pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the debtor will pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|

c. **Secured claims excluded from 11 U.S.C. 506:** ☑ **NONE**

The following claims were either incurred within 910 days before the petition date and are secured by a purchase money security interest in a motor vehicle acquired for the personal use of the debtor(s), or incurred within one year of the petition date and secured by a purchase money security interest in any other thing of value:

| Name of Creditor | Collateral | Interest Rate | Amount of Claim | Total to be Paid through the Plan Including Interest Calculation |
|---|---|---|---|---|

d. **Requests for valuation of security, Cram-down, Strip Off & Interest Rate Adjustments** ☑ **NONE**

1.) The debtor values collateral as indicated below. If the claim may be modified under Section 1322(b)(2), the secured creditor shall be paid the amount listed as the "Value of the Creditor Interest in Collateral," plus interest as stated. The portion of any allowed claim that exceeds that value shall be treated as an unsecured claim. If a secured claim is identified as having "NO VALUE" it shall be treated as an unsecured claim.

**NOTE: A modification under this section ALSO REQUIRES
the appropriate motion to be filed under Section 7 of the Plan.**

3

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor Interest in Collateral | Annual Interest Rate | Total Amount to Be Paid |
|---|---|---|---|---|---|---|---|

2.) Where the Debtor retains collateral and completes the Plan, payment of the full amount of the allowed secured claim shall discharge the corresponding lien.

**e. Surrender** ☑ **NONE**

Upon confirmation, the stay is terminated as to surrendered collateral only under 11 U.S.C. 362(a) and that the stay under 11 U.S.C 1301 be terminated in all respects. The Debtor surrenders the following collateral:

| Creditor | Collateral to be Surrendered | Value of Surrendered Collateral | Remaining Unsecured Debt |
|---|---|---|---|

**f. Secured Claims Unaffected by the Plan** ☑ **NONE**

The following secured claims are unaffected by the Plan:

| Creditor |
|---|
| Vw Credit Inc - auto loan |
| Wells Fargo Home Mortgage - mortgage on residence |

**g. Secured Claims to be Paid in Full Through the Plan** ☐ **NONE**

| Creditor | Collateral | Total Amount to be Paid through the Plan |
|---|---|---|
| Internal Revenue Service (Secured portion Claim #1) | 170 & 176 Gunning River Road, Barnaget, NJ. | 40,387.46 (Paid with the sale proceeds of 170 & 176 Gunning River Road, Barnaget, NJ) |

## Part 5:  Unsecured Claims         ☐ NONE

a. **Not separately classified** allowed non-priority unsecured claims shall be paid:

☑    Not less than $ **4,843.50**  to be distributed *pro rata*

☐    Not less than ___ percent

☐    *Pro Rata* distribution from any remaining funds

b. **Separately classified unsecured** claims shall be treated as follows:

| Creditor | Basis for Separate Classification | Treatment | Amount to be Paid |
|---|---|---|---|

## Part 6:  Executory Contracts and Unexpired Leases     ☒ NONE

(NOTE: See time limitations set forth in 11 U.S.C. 365(d)(4) that may prevent assumption of non-residential real property leases in this Plan.)

All executory contracts and unexpired leases, not previously rejected by operation of law, are rejected, except the following, which are assumed:

| Creditor | Arrears to be Cured in Plan | Nature of Contract or Lease | Treatment by Debtor | Post-Petition Payment |
|---|---|---|---|---|
| | | | | |

## Part 7: Motions    ☒ NONE

**NOTE: All plans containing motions must be served on all potentially affected creditors, together with local form, *Notice of Chapter 13 Plan Transmittal,* within the time and in the manner set forth in D.N.J. LBR 3015-1. A *Certification of Service, Notice of Chapter 13 Plan Transmittal and valuation* must be filed with the Clerk of Court when the plan and transmittal notice are served.**

a. **Motion to Avoid Liens under 11 U.S.C. Section 522(f).** ☑ NONE
The Debtor moves to avoid the following liens that impair exemptions:

| Creditor | Nature of Collateral | Type of Lien | Amount of Lien | Value of Collateral | Amount of Claimed Exemption | Sum of All Other Liens Against the Property | Amount of Lien to be Avoided |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

b. **Motion to Avoid Liens and Reclassify Claim from Secured to Completely Unsecured.** ☑ NONE

The Debtor moves to reclassify the following claims as unsecured and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor's Interest in Collateral | Total Amount of Lien to be Reclassified |
|---|---|---|---|---|---|---|
| | | | | | | |

c. **Motion to Partially Void Liens and Reclassify Underlying Claims as Partially Secured and Partially Unsecured.** ☑ NONE

The Debtor moves to reclassify the following claims as partially secured and partially unsecured, and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Amount to be Deemed Secured | Amount to be Reclassified as Unsecured |
|---|---|---|---|---|---|
| | | | | | |

## Part 8: Other Plan Provisions

a. **Vesting of Property of the Estate**
   ☑ Upon Confirmation
   ☐ Upon Discharge

b. **Payment Notices**
Creditors and Lessors provided for in Parts 4, 6 or 7 may continue to mail customary notices or coupons to the Debtor notwithstanding the automatic stay.

c. **Order of Distribution**

The Standing Trustee shall pay allowed claims in the following order:
   1) Ch. 13 Standing Trustee Commissions

5

    2) **Other Administrative Claims**
    3) **Secured Claims**
    4) **Lease Arrearages**
    5) **Priority Claims**
    6) **General Unsecured Claims**

### d. Post-Petition Claims

The Standing Trustee ☐ is, ☑ is not authorized to pay post-petition claims filed pursuant to 11 U.S.C. Section 1305(a) in the amount filed by the post-petition claimant.

## Part 9:  Modification    ☐ NONE

If this Plan modifies a Plan previously filed in this case, complete the information below.
Date of Plan being modified:. June 22, 2019

| Explain below **why** the plan is being modified: | Explain below **how** the plan is being modified: |
|---|---|
| To extend time to sell vacant lots. | Part 1c of Plan updated to reflect an extension of 6 months to sell. |

Are Schedules I and J being filed simultaneously with this Modified Plan?    ☐ Yes    ☑ No

## Part 10 :  Non-Standard Provision(s): Signatures Required

Non-Standard Provisions Requiring Separate Signatures:
☑ NONE
☐ Explain here:
Any non-standard provisions placed elsewhere in this plan are ineffective.

## Signatures

The Debtor(s) and the attorney for the Debtor(s), if any, must sign this Plan.

By signing and filing this document, the debtor(s), if not represented by an attorney, or the attorney for the debtor(s) certify that the wording and order of the provisions in this Chapter 13 Plan are identical to *Local Form, Chapter 13 Plan and Motions*, other than any non-standard provisions included in Part 10.

I certify under penalty of perjury that the above is true.

Date: **August 22, 2019**    /s/ **Sam A Bhatia**
    **Sam A Bhatia**
    Debtor

Date:    _____
    Joint Debtor

Date **August 22, 2019**    /s/ **John J. Scura, III**
    **John J. Scura, III 022771993 NJ**
    Attorney for the Debtor(s)

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

United States Bankruptcy Court
District of New Jersey

In re:                                                                              Case No. 16-31404-MBK
Sam A Bhatia                                                                        Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3            User: admin                 Page 1 of 2              Date Rcvd: Aug 26, 2019
                                Form ID: pdf901             Total Noticed: 46

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 28, 2019.

```
db            +Sam A Bhatia,    849 New Dover Road,    Edison, NJ 08820-1806
aty           +Phelan Hallinan Diamond & Jones, P.C.,    1617 JFK Boulevard, Suite 1400,
               Philadelphia, PA 19103-1814
sp            +Franzblau Dratch,    354 Eisenhower Parkway,    Livingston, NJ 07039-1028
sp            +Franzblau Dratch, PC,    Plaza One,    354 Eisenhower Parkway,    Livingston,, NJ, NJ 07039-1028
r             +Re/Max New Beginnings Realty,    509 Main Street,    Toms River,, NJ 08753-7402
cr            +Wells Fargo Bank, NA.,    Phelan Hallinan & Schmieg, PC,    400 Fellowship Road,    Suite 100,
               Mt. Laurel, NJ 08054-3437
lm            +Wells Fargo Home Mortgage,    PO Box 10335,    Des Moines, IA 50306-0335
516489846     +AJB Associates, LLC,    849 New Dover Road,    Edison, NJ 08820-1806
516675779      American Express Bank, FSB,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern  PA 19355-0701
516548804      American Express Centurion Bank,    c/o Becket and Lee LLP,    PO Box 3001,
               Malvern  PA 19355-0701
516489847     +Amex,    Po Box 297871,    Fort Lauderdale, FL 33329-7871
516489848     +Amex,    P.o. Box 981537,    El Paso, TX 79998-1537
516489849     +Bank of America,    NC-001-07-06,    101 North Tryon Street,    Charlotte, NC 28255-0001
516489850     +Barclays Bank Delaware,    Po Box 8803,    Wilmington, DE 19899-8803
516489851      Business Card,    PO Box 15796,    Wilmington, DE 19886-5796
516489852      Cach Llc,    Pob 5980,    Denver, CO 80127
516489854     +Chase Card,    Po Box 15298,    Wilmington, DE 19850-5298
516489856     +Chhaya Bhatia,    134 West Gate Drive,    Edison, NJ 08820-1157
516489857     +Citi,    Pob 6241,    Sioux Falls, SD 57117-6241
516489859      FMS Inc.,    PO Box 707601,    Tulsa, OK 74170-7601
516489858     +Firstsource Advantage,    205 Bryant Woods South,    Amherst, NY 14228-3609
516489861     +Itria Ventures, LLC,    20 West 22nd Street, No. 706,    New York, NY 10010-5857
516489862     +Law Offices Of Edward Weissman,    60 East 42nd Street., Ste. 557,    New York, NY 10165-0557
516489864     +Lyons & Associates, PC,    Hamon Building,    76 East Main Street,    Somerville, NJ 08876-2312
516489865     +Lyons, Doughty Veldhuis,    136 Gaither Drive, Ste. 100,    Mount Laurel, NJ 08054-2239
516489866     +New Jersey Division of Taxation,    50 Barrack Street 9th Floor,    P.O. Box 245,
               Trenton, NJ 08602-0245
516489869     +PNC Bank,    2730 Liberty Avenue,    Pittsburgh, PA 15222-4747
516489868     +Phelan, Hallinan, Diamond & Jones, LLP,    400 Fellowship Road, ste. 100,
               Mount Laurel, NJ 08054-3437
516521576     +VW Credit, Inc.,    PO Box 9013,    Addison, Texas 75001-9013
516596863      WELLS FARGO BANK, N.A.,    Wells Fargo Bank, N.A.,    Default Document Processing,
               MAC N9286-01Y,    1000 Blue Gentian Road,    Eagan MN 55121-7700
516489873     +Wells Fargo Hm Mortgage,    Po Box 10335,    Des Moines, IA 50306-0335
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg            E-mail/Text: usanj.njbankr@usdoj.gov Aug 27 2019 00:09:02     U.S. Attorney,    970 Broad St.,
               Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 27 2019 00:08:59     United States Trustee,
               Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
               Newark, NJ 07102-5235
516678086      E-mail/PDF: resurgentbknotifications@resurgent.com Aug 27 2019 00:17:10     CACH, LLC,
               PO Box 10587,    Greenville, SC 29603-0587
516489853     +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Aug 27 2019 00:17:00     Capital One,
               PO Box 30285,    Salt Lake City, UT 84130-0285
516489855     +Fax: 602-659-2196 Aug 27 2019 00:30:35     Chex Systems, Inc.,    Attn: Consumer Realtions,
               7805 Hudson Road, Suite 100,    Woodbury, MN 55125-1703
516489860      E-mail/Text: cio.bncmail@irs.gov Aug 27 2019 00:08:25     Internal Revenue Service,
               PO Box 7346,    Centralized Insolvency Unit,    Philadelphia, PA 19101-7346
516653873      E-mail/PDF: resurgentbknotifications@resurgent.com Aug 27 2019 00:17:09
               LVNV Funding, LLC its successors and assigns as,    assignee of Citibank, N.A.,
               Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
516489863     +E-mail/Text: bk@lendingclub.com Aug 27 2019 00:09:21     Lending Club Corp,
               71 Stevenson St Ste 300,    San Francisco, CA 94105-2985
516489867     +E-mail/Text: bankruptcy@ondeck.com Aug 27 2019 00:09:39     OnDeck Capital,
               901 N. Stuart St., Ste. 700,    Arlington, VA 22203-4129
516702957      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 27 2019 00:39:06
               Portfolio Recovery Associates, LLC,    c/o Visa Black Card,    POB 41067,    Norfolk VA 23541
516489870     +E-mail/Text: bankruptcy@prosper.com Aug 27 2019 00:09:23     Prosper Marketplace In,
               101 2nd St Fl 15,    San Francisco, CA 94105-3672
516581256      E-mail/Text: bnc-quantum@quantum3group.com Aug 27 2019 00:08:53
               Quantum3 Group LLC as agent for,    Velocity Investments LLC,    PO Box 788,
               Kirkland, WA  98083-0788
516489871     +E-mail/Text: ebn_bkrt_forms@salliemae.com Aug 27 2019 00:09:27     Sallie Mae,    Po Box 3229,
               Wilmington, DE 19804-0229
516601080     +E-mail/Text: ebn_bkrt_forms@salliemae.com Aug 27 2019 00:09:27     Sallie Mae,    P.O. Box 3319,
               Wilmington, DE 19804-4319
516489872     +E-mail/Text: vci.bkcy@vwcredit.com Aug 27 2019 00:09:09     Vw Credit Inc,    2333 Waukeegan Rd,
               Deerfield, IL 60015-5508
                                                                                               TOTAL: 15
```

```
District/off: 0312-3          User: admin              Page 2 of 2            Date Rcvd: Aug 26, 2019
                              Form ID: pdf901          Total Noticed: 46

              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*         +WELLS FARGO BANK, NA.,    Phelan Hallinan & Schmieg, PC,    400 Fellowship Road,    Suite 100,
              Mt. Laurel, NJ 08054-3437
                                                                                    TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 28, 2019                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 23, 2019 at the address(es) listed below:
              Albert   Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
              Albert   Russo    docs@russotrustee.com
              Andrew L. Spivack    on behalf of Creditor    Wells Fargo Bank, NA. nj.bkecf@fedphe.com
              David L. Stevens    on behalf of Debtor Sam A Bhatia dstevens@scuramealey.com,
               ecfbkfilings@scuramealey.com;dsklar@scuramealey.com;mmack@scura.com;lrichard@scura.com;jesposito@
               scuramealey.com
              Denise E. Carlon    on behalf of Creditor    VW Credit Inc. dba Audi Financial Services
               dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
              John J. Scura, III    on behalf of Debtor Sam A Bhatia jscura@scuramealey.com,
               ecfbkfilings@scuramealey.com;dsklar@scuramealey.com;mmack@scura.com;lrichard@scura.com;jesposito@
               scuramealey.com
              Nicholas V. Rogers    on behalf of Creditor    Wells Fargo Bank, NA. nj.bkecf@fedphe.com
              Sherri Jennifer Smith    on behalf of Creditor    WELLS FARGO BANK, NA. nj.bkecf@fedphe.com,
               nj.bkecf@fedphe.com
                                                                                             TOTAL: 8
```