Form 148 – ntcdsmcs

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

               Case No.: 16–31404–MBK
               Chapter: 13
               Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Sam A Bhatia
  849 New Dover Road
  Edison, NJ 08820

Social Security No.:
  xxx–xx–0198

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 10/4/19.

    Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (7) days from the date of this Order.

    This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: October 4, 2019
JAN: wir

                                                                                                   Jeanne Naughton
                                                                                                   Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Sam A Bhatia  
    Debtor

Case No. 16-31404-MBK  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3           User: admin                    Page 1 of 2                    Date Rcvd: Oct 04, 2019
                                Form ID: 148                 Total Noticed: 46

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 06, 2019.
```
db             +Sam A Bhatia,    849 New Dover Road,    Edison, NJ 08820-1806
aty            +Phelan Hallinan Diamond & Jones, P.C,    1617 JFK Boulevard, Suite 1400,
                 Philadelphia, PA 19103-1814
sp             +Franzblau Dratch,    354 Eisenhower Parkway,    Livingston, NJ 07039-1028
sp             +Franzblau Dratch, PC,    Plaza One,    354 Eisenhower Parkway,    Livingston,   NJ, NJ 07039-1028
r              +Re/Max New Beginnings Realty,    509 Main Street,    Toms River,, NJ 08753-7402
cr             +Wells Fargo Bank, NA.,    Phelan Hallinan & Schmieg, PC,    400 Fellowship Road,    Suite 100,
                 Mt. Laurel, NJ 08054-3437
516489846      +AJB Associates, LLC,    849 New Dover Road,    Edison, NJ 08820-1806
516489851       Business Card,    PO Box 15796,    Wilmington, DE 19886-5796
516489852       Cach Llc,    Pob 5980,    Denver, CO 80127
516489856      +Chhaya Bhatia,    134 West Gate Drive,    Edison, NJ 08820-1157
516489859       FMS Inc.,    PO Box 707601,    Tulsa, OK 74170-7601
516489861      +Itria Ventures, LLC,    20 West 22nd Street, No. 706,    New York, NY 10010-5857
516489862      +Law Offices Of Edward Weissman,    60 East 42nd Street., Ste. 557,    New York, NY 10165-0557
516489864      +Lyons & Associates, PC,    Hamon Building,    76 East Main Street,    Somerville, NJ 08876-2312
516489865      +Lyons, Doughty Veldhuis,    136 Gaither Drive, Ste. 100,    Mount Laurel, NJ 08054-2239
516489866      +New Jersey Division of Taxation,    50 Barrack Street 9th Floor,    P.O. Box 245,
                 Trenton, NJ 08602-0245
516489869      +PNC Bank,    2730 Liberty Avenue,    Pittsburgh, PA 15222-4747
516489868      +Phelan, Hallinan, Diamond & Jones, LLP,    400 Fellowship Road, ste. 100,
                 Mount Laurel, NJ 08054-3437
516521576      +VW Credit, Inc.,    PO Box 9013,    Addison, Texas 75001-9013
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Oct 05 2019 00:44:26      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Oct 05 2019 00:44:22      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
lm             +EDI: WFFC.COM Oct 05 2019 04:08:00      Wells Fargo Home Mortgage,    PO Box 10335,
                 Des Moines, IA 50306-0335
516675779       EDI: BECKLEE.COM Oct 05 2019 04:08:00      American Express Bank, FSB,    c/o Becket and Lee LLP,
                 PO Box 3001,    Malvern PA 19355-0701
516548804       EDI: BECKLEE.COM Oct 05 2019 04:08:00      American Express Centurion Bank,
                 c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
516489848      +EDI: AMEREXPR.COM Oct 05 2019 04:08:00      Amex,    P.o. Box 981537,    El Paso, TX 79998-1537
516489847      +EDI: AMEREXPR.COM Oct 05 2019 04:08:00      Amex,    Po Box 297871,
                 Fort Lauderdale, FL 33329-7871
516489849      +EDI: BANKAMER2.COM Oct 05 2019 04:08:00      Bank of America,    NC-001-07-06,
                 101 North Tryon Street,    Charlotte, NC 28255-0001
516489850      +EDI: TSYS2.COM Oct 05 2019 04:08:00      Barclays Bank Delaware,    Po Box 8803,
                 Wilmington, DE 19899-8803
516678086       EDI: RESURGENT.COM Oct 05 2019 04:08:00      CACH, LLC,    PO Box 10587,
                 Greenville, SC 29603-0587
516678086       E-mail/PDF: resurgentbknotifications@resurgent.com Oct 05 2019 00:49:06      CACH, LLC,
                 PO Box 10587,    Greenville, SC 29603-0587
516489853      +EDI: CAPITALONE.COM Oct 05 2019 04:08:00      Capital One,    PO Box 30285,
                 Salt Lake City, UT 84130-0285
516489854      +EDI: CHASE.COM Oct 05 2019 04:08:00      Chase Card,    Po Box 15298,    Wilmington, DE 19850-5298
516489855      +Fax: 602-659-2196 Oct 05 2019 00:58:33      Chex Systems, Inc.,    Attn: Consumer Realtions,
                 7805 Hudson Road, Suite 100,    Woodbury, MN 55125-1703
516489857      +EDI: CITICORP.COM Oct 05 2019 04:08:00      Citi,    Pob 6241,    Sioux Falls, SD 57117-6241
516489858      +EDI: FSAE.COM Oct 05 2019 04:08:00      Firstsource Advantage,    205 Bryant Woods South,
                 Amherst, NY 14228-3609
516489860       EDI: IRS.COM Oct 05 2019 04:08:00      Internal Revenue Service,    PO Box 7346,
                 Centralized Insolvency Unit,    Philadelphia, PA 19101-7346
516653873       EDI: RESURGENT.COM Oct 05 2019 04:08:00      LVNV Funding, LLC its successors and assigns as,
                 assignee of Citibank, N.A.,    Resurgent Capital Services,    PO Box 10587,
                 Greenville, SC 29603-0587
516653873       E-mail/PDF: resurgentbknotifications@resurgent.com Oct 05 2019 00:49:06
                 LVNV Funding, LLC its successors and assigns as,    assignee of Citibank, N.A.,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
516489863      +E-mail/Text: bk@lendingclub.com Oct 05 2019 00:44:59      Lending Club Corp,
                 71 Stevenson St Ste 300,    San Francisco, CA 94105-2985
516489867      +E-mail/Text: bankruptcy@ondeck.com Oct 05 2019 00:45:17      OnDeck Capital,
                 901 N. Stuart St., Ste. 700,    Arlington, VA 22203-4129
516702957       EDI: PRA.COM Oct 05 2019 04:08:00      Portfolio Recovery Associates, LLC,    c/o Visa Black Card,
                 POB 41067,    Norfolk VA 23541
516489870      +E-mail/Text: bankruptcy@prosper.com Oct 05 2019 00:45:01      Prosper Marketplace In,
                 101 2nd St Fl 15,    San Francisco, CA 94105-3672
516581256       EDI: Q3G.COM Oct 05 2019 04:08:00      Quantum3 Group LLC as agent for,
                 Velocity Investments LLC,    PO Box 788,    Kirkland, WA 98083-0788
```

```
District/off: 0312-3          User: admin              Page 2 of 2              Date Rcvd: Oct 04, 2019
                              Form ID: 148             Total Noticed: 46

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
516489871      +EDI: SALLIEMAEBANK.COM Oct 05 2019 04:08:00      Sallie Mae,   Po Box 3229,
                 Wilmington, DE 19804-0229
516601080      +EDI: SALLIEMAEBANK.COM Oct 05 2019 04:08:00      Sallie Mae,   P.O. Box 3319,
                 Wilmington, DE 19804-4319
516489872      +E-mail/Text: vci.bkcy@vwcredit.com Oct 05 2019 00:44:39      Vw Credit Inc,   2333 Waukeegan Rd,
                 Deerfield, IL 60015-5508
516596863       EDI: WFFC.COM Oct 05 2019 04:08:00      WELLS FARGO BANK, N.A.,   Wells Fargo Bank, N.A.,
                 Default Document Processing,   MAC N9286-01Y,   1000 Blue Gentian Road,   Eagan MN 55121-7700
516489873      +EDI: WFFC.COM Oct 05 2019 04:08:00      Wells Fargo Hm Mortgage,   Po Box 10335,
                 Des Moines, IA 50306-0335
                                                                                              TOTAL: 29

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            +WELLS FARGO BANK, NA.,    Phelan Hallinan & Schmieg, PC,   400 Fellowship Road,   Suite 100,
                 Mt. Laurel, NJ 08054-3437
                                                                                   TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 06, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 4, 2019 at the address(es) listed below:
              Albert   Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
              Albert   Russo    docs@russotrustee.com
              Andrew L. Spivack    on behalf of Creditor   Wells Fargo Bank, NA. nj.bkecf@fedphe.com
              David L. Stevens    on behalf of Debtor Sam A Bhatia dstevens@scuramealey.com,
               ecfbkfilings@scuramealey.com;dsklar@scuramealey.com;mmack@scura.com;lrichard@scura.com
              Denise E. Carlon    on behalf of Creditor   VW Credit Inc. dba Audi Financial Services
               dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
              John J. Scura, III    on behalf of Debtor Sam A Bhatia jscura@scuramealey.com,
               ecfbkfilings@scuramealey.com;dsklar@scuramealey.com;mmack@scura.com;lrichard@scura.com;jesposito@
               scuramealey.com
              Nicholas V. Rogers    on behalf of Creditor   Wells Fargo Bank, NA. nj.bkecf@fedphe.com
              Sherri Jennifer Smith    on behalf of Creditor   WELLS FARGO BANK, NA. nj.bkecf@fedphe.com,
               nj.bkecf@fedphe.com
                                                                                               TOTAL: 8
```